**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Carl Joseph MCCOUN, Defendant— Appellant.**

No. 04–30103.
D.C. No. CR–02–00025–RFC.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**247**

Submitted Feb. 7, 2005.*

Decided Feb. 7, 2005.

William W. Mercer, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robin B. Hammond, Esq., Federal Public Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before HAWKINS, MCKEOWN, and BERZON, Circuit Judges.

### MEMORANDUM **

We vacate McCoun's sentence and remand for resentencing in accordance with the Supreme Court's decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

SENTENCE VACATED and REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.